IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ELLA WRIGHT, BY AND THROUGH HER
DAUGHTER AND NEXT FRIEND RITA
WILLIAMS, ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
AND AS ADMINISTRATOR OF THE
ESTATE OF ELLA WRIGHT                                                                PLAINTIFF

VS                                        CIVIL ACTION NUMBER: 5:06-CV-169-DCB-JMR

MARINER HEALTH CARE, INC. F/K/A MARINER POST-ACUTE NETWORK, INC.; MARINER HEALTH GROUP, INC.; NATIONAL HERITAGE REALTY, INC.; MARINER HEALTH CARE MANAGEMENT COMPANY; THOSE OPERATING SUBSIDIARIES OF MARINER HEALTH CARE, INC. AND MARINER HEALTH GROUP CONNECTED WITH THE OWNERSHIP OR OPERATION OF YAZOO CITY HEALTH & REHABILITATION CENTER; SANDRA WOODBERRY; JOHN DOE ADDITIONAL OWNERS 1 THROUGH 10; JOHN DOE MANAGEMENT COMPANIES 11 THROUGH 20; JOHN DOE NURSING HOME PERSONNEL CONTRACTORS 21-30; JOHN DOE CONSULTANTS 31-40; JOHN DOE ADMINISTRATORS 41-50; JOHN DOE DIRECTORS OF NURSING 51-60; JOHN DOE MEDICAL DIRECTORS 61-70; JOHN DOE ASSESSMENT NURSES 71-80; JOHN DOE NURSES 81-100; JOHN DOE DIETICIANS 101-120; JOHN DOE DIRECT CARE WORKERS 121-180; JOHN DOE LICENSEES, GOVERNING BOARD MEMBERS AND MANAGERS 181-200; UNSPECIFIED JOHN DOES 201-225                                                    DEFENDANTS

**AGREED ORDER OF DISMISSAL**

**THIS DAY** this cause came on at the request of the parties for the dismissal of Yazoo City Health & Rehabilitation Center from the above entitled action with prejudice, and the

Court having been advised that the plaintiff and all other parties are in agreement to this dismissal, finds that it is well-taken and should be granted. This Court further orders that the caption of this case be modified to remove the name of Yazoo City Health & Rehabilitation Center from appearing therein.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that defendant, Yazoo City Health & Rehabilitation Center, be and is hereby dismissed with prejudice from the above styled and numbered cause with each party to bear their own respective costs and expenses. Further, the Court orders that the caption of this case be modified to reflect this order.

**SO ORDERED** this the 29th day of October, 2007.

                                                   s/ David Bramlette
                                                   U. S. District Judge

**AGREED TO AS TO FORM AND CONTENT:**

/s/ George F. Hollowell, Jr. [by permission]
George F. Hollowell, Jr., Esquire   [MSB#2559]
Hollowell Law Firm
246 South Hinds Street [38701]
Post Office Drawer 1407
Greenville, Mississippi  38702-1407
ATTORNEY FOR PLAINTIFF

/s/ Sharon Moncure-Cannon
Sharon Moncure-Cannon [MSB #100687]
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, Mississippi 39236-3429
ATTORNEY FOR DEFENDANTS, MARINER HEALTH CARE, INC.; MARINER HEALTH GROUP, INC.; NATIONAL HERITAGE REALTY, INC.; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC.; MARINER HEALTH GROUP; YAZOO CITY HEALTH AND REHABILITATION CENTER; AND SANDRA WOODBERRY